McCUNE, Respondent, *v.* THE TOWN OF MISSOULA, Appellant.

See syllabus and opinion in the case of *Sullivan* v. *City of Helena, ante,* page 134.

*Appeal from Fourth Judicial District, Missoula County.*

The judgment was rendered for the plaintiff below by MARSHALL, J.

*Walter M. Bickford,* for Appellant.

Counsel cited, in addition to the authorities found in appellant's brief in *Sullivan* v. *City of Helena,* the following cases: Upon the question of common-law liability, 2 Dillon on Municipal Corporations (3d ed.), § 997, and cases cited in note 1; *Mower* v. *Inhabitants of Leicester,* 9 Mass. 249; 6 Am. Dec. 63. Statutory liability, *Sherbourne* v. *Yuba County,* 21 Cal. 113; 81 Am. Dec. 151; *Huffman* v. *San Joaquin County,* 21 Cal. 427; *Crowell* v. *Sonoma County,* 25 Cal. 313; *Maxmilian* v. *Mayor,* 62 N. Y. 160; 20 Am. Rep. 468. No distinction between liability of cities, towns, and counties, *Eastman* v. *Meredith,* 36 N. H. 284; 72 Am. Dec. 302; *Chidsey* v. *Canton,* 17 Conn. 475; *Browning* v. *Springfield,* 17 Ill. 143; 63 Am. Dec. 345; *Bigelow* v. *Randolph,* 14 Gray, 541; *Morey* v. *Town of Newfane,* 8 Barb. 652. In general upon the proposition involved, *Livermore* v. *Board etc.* 31 N. J. L. 508; *Cooley* v. *Freeholders etc.* 27 N. J. L. 415; *Condict* v. *Jersey City,* 46 N. J. L. 157; *Grube* v. *City of St. Paul,* 34 Minn. 402; *Bryant* v. *City of St. Paul,* 33 Minn. 289; 53 Am. Rep. 31. See, also, *Boyd* v. *Insurance Patrol etc.* 16 Am. and Eng. Corp. Cases, 466, and note on page 473; *Kidder* v. *Dunstable,* 73 Mass. 104; *Shepherd* v. *Chelsea,* 86 Mass. 113; *Rowell* v. *City of Lowell,* 73 Mass. 100; 66 Am. Dec. 464. If the action should be based upon the negligence of the officers of the municipal corporation it could not be maintained. (*Faulkner* v. *City of Aurora,* 85 Ind. 130; 44 Am. Rep. 1; *Ready* v. *Mayor,* 6 Ala. 327; *Buttrick* v. *City of Lowell,* 83 Mass. [1 Allen] 172; 79 Am. Dec. 721; *Griffin* v. *Mayor,* 9 N. Y. 456; 61 Am. Dec. 700;

*Levy* v. *Mayor,* 1 Sand. 465; *Schultz* v. *City of Milwaukee,* 49 Wis. 254; 35 Am. Rep. 779; *Ogg* v. *City of Lansing,* 35 Iowa, 495; 14 Am. Rep. 499; *Prather* v. *City of Lexington,* 1 Mon. B. 559; 56 Am. Dec. 585; *Hafford* v. *New Bedford,* 82 Mass. 297; *Elliott* v. *Philadelphia,* 75 Pa. St. 347; 15 Am. Rep. 591.)

*Frank H. Woody,* for Respondent.

Counsel cited, in addition to the authorities found in respondent's brief in *Sullivan* v. *City of Helena,* the following cases: *Evanston* v. *Gunn,* 99 U. S. 660; *Chicago* v. *Robbins,* 2 Black, 418; *St. Paul Water Co.* v. *Ware,* 16 Wall. 566; *Cleveland* v. *King,* 132 U. S. 295; *Robbins* v. *Chicago,* 4 Wall. 657; *Osage City* v. *Larkin,* 40 Kan. 206; 10 Am. St. Rep. 186; *Davis* v. *City of Crawfordsville,* 119 Ind. 1; 12 Am. St. Rep. 361; 2 Dillon on Municipal Corporations (3d ed.), §§ 996, 998, 1012, 1014, 1017, 1018; *Weightman* v. *Corporation of Washington,* 1 Black, 39, and authorities cited therein.

BLAKE, C. J.— Upon the authority of *Sullivan* v. *City of Helena, ante,* page 134, the judgment is affirmed with costs.

HARWOOD, J., and DE WITT, J., concur.